# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Innovation Associates, Inc. )        ASBCA Nos.  59861, 60090, 60091, 60092
)                         60093, 60094, 60095, 60096
)                         60097, 60098, 60296, 60395
)                         60396
)
Under Contract No. N62645-12-D-5044    )

APPEARANCES FOR THE APPELLANT:         Johana A. Reed, Esq.
                                         McMahon, Welch and Learned, PLLC
                                         Reston, VA

                                       Stuart B. Nibley, Esq.
                                       Amy M. Conant, Esq.
                                       K&L Gates
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       Russell A. Shultis, Esq.
                                         Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: August 15, 2018

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59861, 60090, 60091, 60092, 60093, 60094, 60095, 60096, 60097, 60098, 60296, 60395, 60396, Appeals of Innovation Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2